**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NEW YORK HOTEL AND MOTEL TRADES COUNCIL, AFL-CIO,

        Petitioner,

v.

STANFORD NEW YORK, LLC d/b/a STANFORD HOTEL or HOTEL STANFORD,

        Respondent.

Case No. 1:21-cv-02012

**DECLARATION OF YONG JE PARK IN OPPOSITION TO PETITIONER'S PETITION TO CONFIRM ARBITRATION AWARD**

---

Yong Je Park herby declares as follows:

1. I am currently an assistant general manager of Stanford Hotel.

2. On April 11, 2020, due to the coronavirus pandemic, the Stanford Hotel, like many others have made the incredibly difficult decision to close their business permanently as there were currently no guests at the hotel and for the foreseeable future.

3. Prior to the arbitration hearings, the Stanford Hotel attempted to enter into an installment payment with the Petitioner to no avail.

4. After the Impartial Chairman Shriftman issued his award No. 2020-63R on July 29, 2020, the Stanford Hotel contacted worked with a bond broker to comply with the award, but it became readily apparent that unless the Stanford Hotel could obtain a significant guarantor a bond was impossible to obtain for a business that permanently closed.

5. The Stanford Hotel notes that it is not disputing the validity of the Award itself, but it is disputing the amount of the Award to the extent the Court confirms a sum certain or enters a judgment amount, and submits to the Court, the correct amount of the outstanding

balance to calculate any prejudment or postjudgment interest, if awarded.

6. The November Award referenced in the Petition states the amount of the Award as $1,127,525.91.

7. Lacking the financial means to pay the Award in lump sum and its inability to procure a bond, the Stanford Hotel made the decision to make voluntary payments to the Petitioner as a good faith effort to pay the Award to the best of its ability.

8. To date, the Stanford Hotel has made voluntary four payments.

9. The first payment was made on November 19, 2020 in the amount of $46,980.23.

10. The second payment was made on December 31, 2020 in the amount of $46,980.23.

11. The third payment was made on January 27, 2021 in the amount of $46,980.23.

12. The fourth payment was made on February 26, 2021 in the amount of $46,980.23.

13. The fifth payment was made on March 19, 2021 in the amount of $46,980.23.

14. These payments have not been returned or rejected.

15. Therefore, the current outstanding balance is $892,624.39.

16. To the extent the Court confirms the Award as set forth in Impartial Chariman Shriftman's supplemental Award No. 2020-90 on November 9, 2020, totaling $1,127,525.91, the undersigned respectfully requests that any confirmation consider the voluntary payments in the sum of $234,901.15 made by the Stanford Hotel to date.

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March __19_ 2021

_____
Yong Je Park