# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NEW YORK HOTEL AND MOTEL TRADES
COUNCIL, AFL-CIO,

                Petitioner,          21 **CIVIL** 2012 (PAE)

      -against-                **JUDGMENT**

STANFORD NEW YORK, d/b/a STANFORD
HOTEL or HOTEL STANFORD,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 10, 2021, the Court confirms the Awards in favor of the Union in full. Stanford must post a bond in the amount of $1,127,525.54, subject to reduction by payments made consistent with the Final Award. The Court also awards pre-judgment interest at the rate of 9% and post-judgment interest under 28 U.S.C. § 1961(a), but only on the undisputed outstanding amount of $892,624.76. Pre-judgment interest shall run from the date of the Final Award: November 9, 2020 in the amount of $40,058.06; accordingly, the case is closed**.**

**Dated**: New York, New York
       May 10, 2021

                                            **RUBY J. KRAJICK**

                                            _____

                                              **Clerk of Court**

           **BY**: _____

                                              **Deputy Clerk**